IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
    Plaintiff,
:
vs.
    Case No. 3:04cr189 (1)
:
ANDRE MAHAN,
    JUDGE WALTER HERBERT RICE
:
    Defendant.

---

ENTRY DIRECTING RESPONSE FROM GOVERNMENT TO DEFENDANT'S *PRO SE* MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2) AND AMENDMENT 599 (DOC. #87) WITHIN STATED PERIOD OF TIME

---

On January 20, 2011, the Defendant herein filed a Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 599 (Doc. #87). The Government has yet to file a response thereto. Accordingly, it is the request of this Court that the Government file a responsive memorandum to the Defendant's motion, not later than thirty calendar days from date. Following receipt of Government's submission, the moving Defendant will then have fourteen calendar days within which to file any reply deemed necessary.

The Court will then take the matter under advisement and render a decision

within fourteen days following the conclusion of briefing on the Defendant's motion.

June 20, 2012

_(signature)_
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Mona Guerrier, AUSA
Andrew Mahan, *Pro Se*